**Notice Recipients**

District/Off: 0208−1          User: mlopez          Date Created: 7/18/2013
Case: 13−10961−mg          Form ID: b18          Total: 16

**Recipients of Notice of Electronic Filing:**
tr     Kenneth Silverman     filings@spallp.com
aty    Karamvir Dahiya       karam@bankruptcypundit.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Herbert Cohnfeldt Lust, III    2 Water Street Apt 17H    New York, NY 10004
ust       United States Trustee    Office of the United States Trustee    U.S. Federal Office Building    201 Varick Street, Room 1006    New York, NY 10004
6077459   AMERICAN EXPRESS    P.O. BOX 1270    NEWARK, NJ 07101−1270
6077460   CHASE BANK USA, N.A.    P.O. BOX 15153    WILMINGTON, DE 19886−5153
6077462   CITI CARDS    P.O. BOX 182113    COLUMBUS, OH 43218−3113
6077463   CITI CARDS    P.O. BOX 183113    COLUMBUS, OH 43218−3113
6077461   CITI CARDS    P.O. BOX 183113    COLUMBUS, OH 43218−3133
6077464   I. LUST    2 WATER STREET    APT 17 H    NEW YORK, NY 10004
6077465   INTERNAL REVENUE SERVICES    PO BOX 37004    HARTFORD, CT 06176
6158189   Internal Revenue Service    P.O. Box 9052    Andover, MA 01810−9052
6156513   Melani Lust    65 Evergreen Ave    Westport, CT 06880
6077466   PAN AM EQUITIES, INC.    18 EAST 50TH STREET, 10TH FL    NEW YORK, NY 10022
6084583   Quest Diagnostics    PO Box 7308    Hollister, MO 65673−7308
6077467   VICTORIA'S SECRET    P.O. BOX 659728    SAN ANTONIO, TX 78265−9728

TOTAL: 14